# Court of Appeals
# of the State of Georgia

ATLANTA, __May 30, 2017__

*The Court of Appeals hereby passes the following order:*

**A17A1666. BROWN v. THE STATE.**

Upon consideration, the appellant's motion filed May 23, 2017, to withdraw this appeal, as having been transmitted in error, is hereby GRANTED. The record shows that the appellant was represented by counsel when he filed pro se a notice of appeal and that he is represented by counsel in this matter in Case No. A17A1665, which is pending in this Court.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,__05/30/2017_____*
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*